UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LUCIANO CAMBEROS-VILLAPUDA,<br><br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 4:17-CV-04161-KES<br><br><br><br>JUDGMENT |

Pursuant to the Order Adopting Report and Recommendation and Dismissing Motion, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondent, United States of America, and against movant, Luciano Camberos-Villapuda.

DATED May 7, 2019.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE